LYELL AVENUE LUMBER CO., Respondent, v. LIGHTHOUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by the Lyell Avenue Lumber Company against Margaret V. Lighthouse and others. No opinion. Motion for reargument denied. See, also, 137 App. Div. 422, 121 N. Y. Supp. 802; 135 N. Y. Supp. 1125.

opinion. Judgment affirmed, with costs. Order granting additional allowance reversed, without costs. See, also, 137 App. Div. 422, 121 N. Y. Supp. 802; 135 N. Y. Supp. 1124.

FOOTE, J., not sitting.